IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------- :
 UNITED STATES OF AMERICA,             : CASE NO.  4:03 CR 0481 - 001
                                       :
                           Plaintiff   :
                                       :
            -vs-                       : ORDER ADOPTING REPORT AND
                                       : RECOMMENDATION
 KEVIN L. EVANS                        :
                                       :
                           Defendant   :
------------------------------------------------- :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

     This matter was referred to United States Magistrate Judge Kenneth S. McHargh for a supervised release violation hearing for the purpose of returning a Report and Recommendation (R&R), pursuant to 28 U.S.C. § 636(b)(1)(B).  Following a hearing in which Mr. Evans was represented by counsel, Magistrate Judge McHargh returned a recommendation that the defendant knowingly and voluntarily admitted the supervised release violation presented in the violations report. (Doc. 34).

     Magistrate Judge McHargh recommended Mr. Evans' supervised release be modified to include a 14 month extension of his term of supervised release, which is currently slated to end on 17 January 2011.  Further, after reviewing evidence of Mr.

Evans' financial condition, the R&R suggests the Defendant be ordered to pay $150.00 per month toward his restitution requirement.

Neither party objected to Magistrate Judge McHargh's R&R.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

Accordingly, this Court shall, hereby, adopt the Report and Recommendation modifying Mr. Evans' conditions of release to include a 14 month extension of his supervised release term, and a restitution requirement of $150.00 per month.  All other conditions remain in effect.


IT IS SO ORDERED.

    /s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Date: 13 January 2011